Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 11−25033−KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick F. Zitani Jr.                           Pamela A. Zitani
   33 Bruno Crescent                          33 Bruno Crescent
   Trenton, NJ 08620−1605                 Trenton, NJ 08620−1605

Social Security No.:
   xxx−xx−4882                                 xxx−xx−3202

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐  An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: December 9, 2016
JJW: pbf

                                                           James J. Waldron
                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick F. Zitani  
Pamela A. Zitani  
    Debtors

Case No. 11-25033-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin                    Page 1 of 3                    Date Rcvd: Dec 09, 2016
                        Form ID: cscnodsc            Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.

```
db/jdb         Patrick F. Zitani, Jr.,    Pamela A. Zitani,    33 Bruno Crescent,    Trenton, NJ  08620-1605
cr            +Capital One,   POB 740933,    Dallas, TX 75374-0933
cr            +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
               Suite 302,    Roseland, NJ 07068-1640
512068077    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA Card Services, NA as successor in interest to,
              Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE 19886-5102)
511986669    +Bluegreen Corp,    4960 Blue Lake Dr,    Boca Raton, FL 33431-4453
511986671    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.A.,    PO Box 85520,    Richmond, VA 23285)
511986680    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Attn.: Centralized Bankruptcy,    PO Box 20363,
              Kansas City, MO 64195)
512073154    +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
              Dallas, TX 75374-0933
511986678    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
511986677    +Chase,    PO Box 901039,    Fort Worth, TX 76101-2039
511986679    +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
511986682    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,
              Austin, TX 78708)
511986691    ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
              (address filed with court: Forster, Garbus & Garbus,    500 Bi- County Blvd., Ste 350,
              Farmingdale, NY 11735-3996)
511986689    +Fashion Bug,    PO Box 659728,    San Antonio, TX 78265-9728
511986690    +First Usa Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
511986698    +Hsbc Bank,    Attn: Bankruptcy,    PO Box 5213,    Carol Stream, IL 60197-5213
511986697    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
511986699    +Hsbc/RS,    PO box 15521,    Wilmington, DE 19850-5521
511986700    +Hsbc/rs,    Hsbc Retail Srvs/Attn: Bk Dept,    PO Box  5213,    Carol Stream, IL 60197-5213
511986708    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,    POB 619096,    Dallas, TX 75261-9741)
511986707     Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
512020966    +Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
511986709    +Northland Group  Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
511986710    +PSED Trenton Federal Credit Union,    PO Box 3365,    Trenton, NJ 08619-0365
511986711    +Sears/CBSD,    701 East 60th St N,    Sioux Falls, SD 57104-0432
511986713    +Sears/Cbsd,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
511986714    +Td Rcs/Rave Girl,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
514723195     U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
              Harrisburg, PA  17106-9184
511986716    +Us Dept Of Education,    PO Box 5609,    Greenville, TX 75403-5609
511986717    +Us Dept Of Education,    Attn: Borrowers Service Dept,    PO Box 5609,
              Greenville, TX 75403-5609
511986719    +Verizon New Jersey Inc,    PO Box 3397,    Bloomington, IL 61702-3397
511986718    +Verizon New Jersey Inc,    500 Technology Dr,    Weldon Spring, MO 63304-2225
511986721     WFNNB,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
511986720    +Wffnb/Mattress Giant,    PO Box 94498,    Las Vegas, NV 89193-4498
511986723     Wfnnb/Express,    Attn: Bankruptcy,    PO Box 18227,    Columbus, OH 43218
511986722    +Wfnnb/Express,    4590 E Broad St,    Columbus, OH 43213-1301
511986724    +Wfnnb/New York & Company,    220 W Schrock Rd,    Westerville, OH 43081-2873
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 09 2016 22:57:00     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 09 2016 22:56:56     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
512127444    +E-mail/Text: bncmail@w-legal.com Dec 09 2016 22:57:08     CANDICA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512622104    +E-mail/Text: bncmail@w-legal.com Dec 09 2016 22:57:08     Candica, L.L.C.,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
511986674    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2016 23:03:25     Capital One, N.a.,
              C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
511986684     E-mail/Text: mrdiscen@discover.com Dec 09 2016 22:56:07     Discover Financial,    Po Box 15316,
              Wilmington, DE 19850
511986687     E-mail/Text: mrdiscen@discover.com Dec 09 2016 22:56:07     Discover Financial Services,
              PO Box 15316,    Wilmington, DE 19850
512020945     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 09 2016 22:53:26
              Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
              Greenville, SC 29603-0390
511999918     E-mail/Text: mrdiscen@discover.com Dec 09 2016 22:56:07     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Dec 09, 2016
                              Form ID: cscnodsc        Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
511986683      +E-mail/Text: mrdiscen@discover.com Dec 09 2016 22:56:07      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 6103,    Carol Stream, IL 60197-6103
511986686      +E-mail/Text: mrdiscen@discover.com Dec 09 2016 22:56:07      Discover Financial,
                 Attention: Bankruptcy Department,    Po Box 6103,    Carol Stream, IL 60197-6103
511986688      +E-mail/Text: mrdiscen@discover.com Dec 09 2016 22:56:07      Discover Financial Services,
                 Attention: Bankruptcy Department,    PO Box 6103,    Carol Stream, IL 60197-6103
511986692      +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2016 22:53:17      Gemb/JC Penny,   PO Box 981402,
                 El Paso, TX 79998-1402
511986693      +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2016 22:53:17      Gemb/JC Penny,
                 Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
511986694      +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2016 22:53:38      Gemb/Modells DC,   Po Box 981400,
                 El Paso, TX 79998-1400
511986695      +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2016 22:52:55      Gemb/Walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
512355315      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 09 2016 22:53:06
                 JP Morgan Chase Bank, c/o Ascension Capital Group,     P.O. Box 201347,
                 Arlington, TX 76006-1347
511986702      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 09 2016 22:56:15      Kohls,
                 Attn: Recovery Dept,    PO Box 3120,    Milwaukee, WI 53201-3120
511986701      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 09 2016 22:56:15      Kohls,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
511986703      +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2016 22:52:55      Lowes / MBGA,   PO Box 981400,
                 El Paso, TX 79998-1400
511986705      +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2016 22:52:55      Lowes / MBGA,
                 Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
513571642       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2016 23:03:51      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
512185323       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 09 2016 23:03:48
                 Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,   POB 41067,   Norfolk VA 23541
512187232       E-mail/PDF: rmscedi@recoverycorp.com Dec 09 2016 22:53:44      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
513210549       E-mail/Text: bkdepartment@rtresolutions.com Dec 09 2016 22:57:10
                 Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste. 150,    POB 36655,
                 Dallas, TX 75247
511986715       E-mail/Text: bnc@alltran.com Dec 09 2016 22:56:10      United Recovery Systems, LP,
                 PO Box 722929,    Houston, TX 77272-2929
513888816      +E-mail/Text: bncmail@w-legal.com Dec 09 2016 22:57:28      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121,   Vanda, LLC,
                 c/o Weinstein & Riley, P.S. 98121-3132
513888815      +E-mail/Text: bncmail@w-legal.com Dec 09 2016 22:57:28      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512161138       E-mail/Text: bnc-quantum@quantum3group.com Dec 09 2016 22:56:47
                 World Financial Network National Bank,    Quantum3 Group LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
                                                                                             TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
511986670*     +Bluegreen Corporation,    4960 Blue Lake Dr,   Boca Raton, FL 33431-4453
511986672*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.a.,    PO Box 85520,    Richmond, VA 23285)
511986673*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.a.,    PO Box 85520,    Richmond, VA 23285)
511986675*     +Capital One, N.a.,   C/O American Infosource,    PO Box 54529,   Oklahoma City, OK 73154-1529
511986676*     +Capital One, N.a.,   C/O American Infosource,    PO Box 54529,   Oklahoma City, OK 73154-1529
511986681*    ++DELL FINANCIAL SERVICES,   P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    One Dell Way, Bldg B,
                 Round Rock, TX 78682)
511986685*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial,    Po Box 15316,   Wilmington, DE 19850)
511986696*     +Gemb/Walmart,   PO Box 981400,   El Paso, TX 79998-1400
511986704*     +Lowes / MBGA,   Po Box 981400,    El Paso, TX 79998-1400
511986706*     +Lowes / MBGA,   Attention: Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104
511986712*     +Sears/Cbsd,   701 East 60th St N,    Sioux Falls, SD 57104-0432
511986668     ##+Bank Of America,   Po Box 15026,    Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 12, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Dec 09, 2016
                              Form ID: cscnodsc        Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
```
              Albert     Russo     docs@russotrustee.com
              Brian C. Nicholas     on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Kenneth S. Jannette    on behalf of Creditor    Vanda, LLC ken.jannette@gmail.com
              Mark K. Smith     on behalf of Joint Debtor Pamela A. Zitani markksmithlaw@aol.com,
               Romasmith@aol.com
              Mark K. Smith     on behalf of Debtor Patrick F. Zitani, Jr. markksmithlaw@aol.com,
               Romasmith@aol.com
                                                                                             TOTAL: 7
```